# In the United States Court of Federal Claims

Consolidated Case Nos.: 17-449 C, 17-493 C, 17-499 C,
17-517 C, 17-558 C, 17-578 C, and 17-633C
Filed: November 20, 2017

| | |
|---|---|
| CONTINENTAL SERVICE GROUP INC. et al., | |
| v. | NOTICE OF REASSIGNMENT TO: Judge Thomas C. Wheeler |
| THE UNITED STATES | |

    Pursuant to Rule 40.1 of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

_Lisa L. Reyes_
Lisa L. Reyes
Clerk of Court